# ELECTRONIC RECORD

**377-15**

COA #   06-13-00087-CR                    OFFENSE:   19.02

STYLE:   Nam Bryan Tran v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   Affirmed                TRIAL COURT:   371st District Court

DATE: 3/4/14            Publish: No   TC CASE #:   1277354D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Nam Bryan Tran v. The State of Texas          CCA #:   **377-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_REFUSED_          JUDGE:   _____

DATE: 05/20/2015          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**